August 7, 2014.



# JUDGMENT

# The Fourteenth Court of Appeals

MORLOCK, L.L.C., Appellant

NO. 14-12-01117-CV                           V.

NATIONSTAR MORTGAGE, L.L.C., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Nationstar Mortgage, L.LC., signed, September 11, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant Morlock, L.L.C. to pay all costs incurred in this appeal. We further order this decision certified below for observance.